**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**GARCIA-CARRANZA,**

*Petitioner*,

v. Case No. 2:26-cv-3306-BCL-atc

**BULLOCK,**

*Respondent*.

---

**ORDER DIRECTING SERVICE AND RESPONSE**

---

Petitioner is a noncitizen currently detained in Mason, Tennessee. *See* Doc. 1 at 1. On October 2, 2026, Petitioner filed for a writ of habeas corpus under 28 U.S.C. § 2241, seeking either immediate release or a new bond hearing. *See id.* at 7.

The Clerk of Court **SHALL** send a copy of this Petition and the Temporary Restraining Order Motion to counsel for the Respondent at stuart.canale@usdoj.gov and file a Notice stating when that is done. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Respondent notice and an opportunity to be heard given the potentially expedited nature of these proceedings. Respondent is **ORDERED** to file a response addressing these arguments and filings by October 30, 2026. Petitioner may file a reply within **three (3)** days of service of the response.

**IT IS SO ORDERED**, this 27th day of October, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE